377 A.2d 986

Commonwealth v. Lark, Appellant.

Argued June 16, 1977. Martin J. Kilstein, for appellant; Alan E. Saltzman, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, submitted a brief for Commonwealth, appellee.

Judgment of sentence affirmed.